UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00326-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LAQUAN D. HARGROVE,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A status conference shall take place on **Tuesday, January 10, 2012, at 9:00 a.m.**, 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.

    Dated: December 21, 2011.