UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00326-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LAQUAN D. HARGROVE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict with the Court's calendar, the status conference set for **Tuesday, January 10, 2012, at 9:00 a.m.** is **RESET** to **Tuesday, January 10, 2012 at 10:00 a.m.**

    Dated: January 4, 2012.